# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JADIN MICHAEL BLIESATH,  Plaintiff, | : : : | |
| v. | : : | **CIVIL ACTION NO. 20-CV-5102** |
| FRANKLIN LABS, LLC, *et al.*,  Defendant. | : : : | |
| JADIN MICHAEL BLIESATH,  Plaintiff, | : : : | |
| v. | : : | **CIVIL ACTION NO. 20-CV-5104** |
| PRIME WELLNESS OF PENNSYLVANIA, LLC, *et al.*,  Defendant. | : : : : | |
| JADIN MICHAEL BLIESATH,  Plaintiff, | : : : | |
| v. | : : | **CIVIL ACTION NO. 20-CV-5108** |
| PRIME WELLNESS OF PENNSYLVANIA, LLC, *et al.*,  Defendant. | : : : : | |
| JADIN MICHAEL BLIESATH,  Plaintiff, | : : : | |
| v. | : : | **CIVIL ACTION NO. 20-CV-5109** |
| PRIME WELLNESS OF PENNSYLVANIA, LLC, *et al.*,  Defendant. | : : : : | |

**ORDER**

AND NOW, this 15th day of December, 2020, upon consideration of Plaintiff Jadin Michael Bliesath's Motions to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaints (ECF No. 2),[1] it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaints are **DEEMED** filed.

3. Bliesath's Complaints are **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** these cases.

**BY THE COURT:**

/s/ *John M. Gallagher*
**JOHN M. GALLAGHER, J.**

---

[1] In all of the foregoing Civil Actions (Nos. 20-CV-5102, 20-CV-5104, 20-CV-5108, 20-CV-5109), Bliesath's Motions for Leave to Proceed *In Forma Pauperis* are docketed as ECF. No. 1 and his *pro se* Complaints are docketed as ECF No. 2.